# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT A. MACMILLAN,

    Plaintiff,

    v.

FRANKLIN COUNTY PRISON, et al.,

    Defendants.

CIVIL ACTION NO. 3:05-CV-174

(JUDGE CAPUTO)

## ORDER

**NOW,** this ___19th___ day of April, 2005, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 12) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

(1)     The Report and Recommendation (Doc. 12) is **ADOPTED**.

(2)     Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice to his ability to file a state court negligence action**.

(3)     The Clerk of the Court shall mark this case **CLOSED**.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge